

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI RUSSELL | Civil Action No.   12cv2763-WQH-JLB |
| Plaintiff, | |
| V. | |
| RJM ACQUISITIONS | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Motion for Summary Judgment filed by Defendant is granted.

Date:     4/18/14

CLERK OF COURT
JOHN MORRILL, Acting Clerk of Court
By:  s/  M. Cruz

M. Cruz, Deputy